FILED

12/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0626

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0626

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DONALD PAUL ROGERS

Defendant and Appellant

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 3, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 27 2024